```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIFFANY MINOTT,

                Plaintiff,

-against-   24-CV-01674 (MMG)

GOOGLE LLC,   **ORDER**

                Defendant.

MARGARET M. GARNETT, United States District Judge:

      The Court is in receipt of the motions filed by Francisco Mundaca and Melissa Washington to submit specified supporting materials for *in camera* review at Dkt. Nos. 16 and 18. The motions are GRANTED.

      Mr. Mundaca and Ms. Washington are directed to email the specified supporting materials Chambers for *in camera* review at GarnettNYSDChambers@nysd.uscourts.gov, copying Plaintiff's current counsel, by no later than **May 2, 2024.**

      The Clerk of Court is directed to terminate Dkt. Nos. 16 and 18.

Dated: April 30, 2024
       New York, New York

                                    SO ORDERED.

                                    MARGARET M. GARNETT
                                    United States District Judge