# ARCÉ LAW GROUP, PC

45 Broadway, Suite 430B
New York, New York 10006
P: 212-248-0120 / F: 212-901-2107

May 14, 2024

**Via ECF**
**The Honorable Margaret M. Garnett**
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Plaintiff's request to submit exhibits for *in camera* review is GRANTED. Plaintiff's counsel has emailed exhibits to the Court at **GarnettNYSDChambers@nysd.uscourts.gov**, copying counsel at The Spiggle Law Firm P.C. and The Washington Law Firm, PLLC. The Clerk of Court is directed to terminate Dkt. No. 27.
>
> SO ORDERED.  Date 5/17/2024
>
> HON. MARGARET M. GARNETT
> U.S. DISTRICT JUDGE

    Re:   *Tiffany Minott v. Google LLC*
            **Case No. 24-cv-01674-MMG**

Dear Judge Garnett:

      We represent the Plaintiff in the above referenced matter. We write the Court to respectfully request that we be authorized to file exhibits to our opposition to The Spiggle Law Firm P.C. and The Washington Law Firm, PLLC's ("Outgoing Attorneys") motion for liens for an in-camera review.

      As Your Honor is aware, the Outgoing Attorneys are attempting to exert a combined $67,629.50 lien on this case. Pursuant to your April 30, 2024 Order, the Outgoing Attorneys provided materials, allegedly in support of these liens, for an in-camera review. However, we intend to use these materials as exhibits to our opposition but want to comply the Court's Order that these documents should not be publicly filed. *See* Dckt. 19. Accordingly, we respectfully request that we be authorized to submit exhibits to our oppositions for an in-camera review.

      We appreciate Your Honor's attention to this matter.

                                  Respectfully submitted,

                                  **Arcé Law Group, P.C.**
                                  *Attorneys for Plaintiff*

                                  */s/ Gregory Kirschenbaum*
                                  Gregory W. Kirschenbaum, Esq.
                                  45 Broadway Suite 430B
                                  New York, NY 10006
                                  (212) 248-0120

cc:    Francisco E. Mundaca, Esq., *Outgoing Attorneys* (Via ECF)
        Melissa Washington, Esq., *Outgoing Attorneys* (Via Electronic Mail)
        Emily R. Pidot, Esq. and Kaveh Dabashi, Esq., *Attorneys for Defendant* (Via ECF)