USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIFFANY MINOTT,

                Plaintiff,

-against-

GOOGLE LLC,

                Defendant.

24-CV-01674 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    The Court having been advised that the Plaintiff and Defendant have reached a settlement in principle on all claims between them, *see* Dkt. No. 52, it is ORDERED that the claims between Plaintiff and Defendant are hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen those claims **within 30 days** of the date of this Order if the settlement is not consummated.

    To be clear, any application to reopen the claims **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

    If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

    This case shall remain **open** on the Court's docket until the fee dispute between Plaintiff's current and former counsel is resolved.

Dated: February 13, 2025
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge